# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-107 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| BHUNNA WIN (11), | |
| Defendant. | |

Laura M. Provinzino and Melinda A. Williams, Assistant United States Attorneys, United States Attorney's Office for the District of Minnesota, 300 South Fourth Street, Suite 600, Minneapolis MN 55415 (for the Government); and

JaneAnne Murray, Murray Law LLC, 310 South Fourth Avenue, Suite 5010, Minneapolis MN 55415 (for Defendant Bhunna Win).

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on the following motions:

1. The Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2, (ECF No. 247);

2. Defendant Win's Motion to Suppress Evidence, (ECF No. 835); and

3. Defendant Win's oral motion to join the motions of her co-defendants.

A hearing was held on August 21, 2018, (ECF No. 850), where the Court heard argument from the parties' respective counsel. Based upon the record, filings, oral arguments of counsel, and agreements on certain matters as outlined at the hearing, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2, (ECF No. 247), is **GRANTED** as follows: The Government moves for discovery under Federal Rules of Criminal Procedure 12.1, 12.2, 12.3, 16(b), and 26.2. As noted at the hearing, Defendant Win has no objection to the Government's motion. Accordingly, Defendant Win shall comply with her obligations under Rules 12.1, 12.2, 12.3, 16(b), and 26.2.

2. Defendant Win's Motion to Suppress Evidence, (ECF No. 835), was **WITHDRAWN** at the hearing pursuant to Defendant Win's counsel's discussions with the Government and the Government's representations as to the searches of certain electronic devices.

3. Defendant Win's oral motion to join the motions of her co-defendants is **GRANTED** as follows: Defendant Win moved to join the "boilerplate" motions made by her co-defendants to the extent they apply to Defendant Win. The Government had no objection. This Court has ruled upon many motions filed by Defendant Win's co-defendants. (ECF Nos. 801, 832). For rulings contained in those orders pertaining to matters which also apply to Defendant Win, including without limitation those concerning pretrial discovery, expert witness reports, *Brady/Giglio* materials, 404(b) evidence, retention of rough notes, and Rule 1006 charts, the Government shall apply those rulings to Defendant Win in equal force as her co-defendants. To the extent there are any unique factual or legal circumstances which would alter the general rulings with respect to Defendant Win, she must specifically and promptly raise such issues with the Court, or such issues shall be deemed waived.

4. All prior consistent orders remain in full force and effect.

5. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel, and/or the party such counsel represents to any and all appropriate remedies, sanctions, and the like.


Date: August 31, 2018              *s/ Tony N. Leung*
                                   Tony N. Leung
                                   United States Magistrate Judge
                                   District of Minnesota

                                   *United States v. Win (11)*
                                   Case No. 17-cr-107 (DWF/TNL)