# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# ORDER

United States of America,

                        Plaintiff,

v.

Bhunna Win

                        Defendant,

Docket No. 0864 0:17CR00107-011(DWF)

Due to the fact that the above-named defendant has pled guilty,

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

Weapons Restriction: Not possess a firearm, destructive device, or other weapon.

Dated: September 13, 2018

s/Donovan W. Frank
Donovan W. Frank
U.S. District Judge