0:17-cr-00107 Bhunna Win (11)                                                            Restitution Payees List - 1

Restitution of $1,000.00, jointly and severally with co-defendant Chabaprai Boonluea (0:16-cr-00257-2), Chatarak Taufflieb (0:17-cr-00107-2), Gregory Allen Kimmy (0:17-cr-00107-6), John Ng (0:16-cr-00257-12), John Zbaracki (0:16-cr-00257-11), Kanyarat Chaiwirat (0:17-cr-00107-8), Matthew Mintz (0:17-cr-00107-17), Michael Morris (0:17-cr-00107-1), Mohit Tandon (0:17-cr-00107-18), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Pawinee Unpradit (0:17-cr-00107-4), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Richard Alexander (0:17-cr-00107-19), Saowapha Thinram (0:17-cr-00107-5), Soysuda Siangdang (0:16-cr-00257-7), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Thoucharin Ruttanamongkongul (0:17-cr-00107-16), Todd Vassey (0:16-cr-00257-9), Veerapon Ghettalae (0:17-cr-00107-15), Watcharin Luamseejun (0:16-cr-00257-4) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$22.70

CN
$80.62

CS
$53.56

JJ
$48.25

KI
$49.21

KP
$80.62

KT
$80.62

NK
$80.62

NS
$16.35

PB
$41.83

RK
$80.62

SA
$80.62

SM
$57.73

ST
$72.37

TA
$80.62

TC
$40.96

WP
$32.70

Restitution of $10,000.00, jointly and severally with co-defendant Chabaprai Boonluea (0:16-cr-00257-2), Chatarak Taufflieb (0:17-cr-00107-2), Gregory Allen Kimmy (0:17-cr-00107-6), John Ng (0:16-cr-00257-12), John Zbaracki (0:16-cr-00257-11), Kanyarat Chaiwirat (0:17-cr-00107-8), Matthew Mintz (0:17-cr-00107-17), Michael Morris (0:17-cr-00107-1), Mohit Tandon (0:17-cr-00107-18), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Pawinee Unpradit (0:17-cr-00107-4), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Richard Alexander (0:17-cr-00107-19), Saowapha Thinram (0:17-cr-00107-5), Soysuda Siangdang (0:16-cr-00257-7), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Thoucharin Ruttanamongkongul (0:17-cr-00107-16), Veerapon Ghettalae (0:17-cr-00107-15), Watcharin Luamseejun (0:16-cr-00257-4) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$227.03

CN
$806.21

CS
$535.58

JJ
$482.43

KI
$492.12

KP
$806.21

KT
$806.21

NK
$806.21

NS
$162.79

PB
$418.31

RK
$806.21

SA
$806.21

SM
$577.35

ST
$724.37

TA
$806.21

TC
$409.62

WP
$326.93

Restitution of $100,000.00, jointly and severally with co-defendant Chatarak Taufflieb (0:17-cr-00107-2), Kanyarat Chaiwirat (0:17-cr-00107-8), Michael Morris (0:17-cr-00107-1), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Veerapon Ghettalae (0:17-cr-00107-15) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$2,270.38

CN
$8,062.11

CS
$5,355.83

JJ
$4,824.38

KI
$4,921.19

KP
$8,062.11

KT
$8,062.11

NK
$8,062.13

NS
$1,628.55

PB
$4,183.12

RK
$8,062.13

SA
$8,062.13

SM
$5,772.49

ST
$7,243.66

TA
$8,062.13

TC
$4,096.20

WP
$3,269.35

Restitution of $150,000.00, jointly and severally with co-defendant Chabaprai Boonluea (0:16-cr-00257-2), Chatarak Taufflieb (0:17-cr-00107-2), Gregory Allen Kimmy (0:17-cr-00107-6), Kanyarat Chaiwirat (0:17-cr-00107-8), Michael Morris (0:17-cr-00107-1), Mohit Tandon (0:17-cr-00107-18), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Pawinee Unpradit (0:17-cr-00107-4), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Saowapha Thinram (0:17-cr-00107-5), Soysuda Siangdang (0:16-cr-00257-7), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Thoucharin Ruttanamongkongul (0:17-cr-00107-16), Veerapon Ghettalae (0:17-cr-00107-15), Watcharin Luamseejun (0:16-cr-00257-4) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$3,405.45

CN
$12,093.19

CS
$8,033.75

JJ
$7,236.57

KI
$7,381.79

KP
$12,093.19

KT
$12,093.12

NK
$12,093.19

NS
$2,442.82

PB
$6,274.68

RK
$12,093.19

SA
$12,093.19

SM
$8,658.73

ST
$10,865.49

TA
$12,093.19

TC
$6,144.31

WP
$4,904.15

Restitution of $150,000.00, jointly and severally with co-defendant Chatarak Taufflieb (0:17-cr-00107-2), Kanyarat Chaiwirat (0:17-cr-00107-8), Michael Morris (0:17-cr-00107-1), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Pawinee Unpradit (0:17-cr-00107-4), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Thoucharin Ruttanamongkongul (0:17-cr-00107-16), Veerapon Ghettalae (0:17-cr-00107-15) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$3,405.46

CN
$12,093.22

CS
$8,033.76

JJ
$7,236.57

KI
$7,381.78

KP
$12,093.22

KT
$12,093.22

NK
$12,093.20

NS
$2,442.83

PB
$6,274.67

RK
$12,093.20

SA
$12,093.20

SM
$8,658.73

ST
$10,865.50

TA
$12,093.20

TC
$6,144.32

WP
$4,903.92

Restitution of $166,842.00, jointly and severally with co-defendant Kanyarat Chaiwirat (0:17-cr-00107-8), Michael Morris (0:17-cr-00107-1), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Tanakron Patrath (0:17-cr-00107-21), Veerapon Ghettalae (0:17-cr-00107-15) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$3,787.70

CN
$13,451.02

CS
$8,935.78

JJ
$8,049.09

KI
$8,210.61

KP
$13,451.02

KT
$13,451.02

NK
$13,451.02

NS
$2,717.10

PB
$6,979.31

RK
$13,451.02

SA
$13,451.02

SM
$9,630.93

ST
$12,085.48

TA
$13,451.02

TC
$6,834.20

WP
$5,454.66

Restitution of $18,503.97, jointly and severally with co-defendant Kanyarat Chaiwirat (0:17-cr-00107-8), Michael Morris (0:17-cr-00107-1), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Tanakron Patrath (0:17-cr-00107-21), Veerapon Ghettalae (0:17-cr-00107-15) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$420.09

CN
$1,491.81

CS
$991.04

JJ
$892.81

KI
$910.62

KP
$1,491.81

KT
$1,491.81

NK
$1,491.81

NS
$301.34

PB
$774.04

RK
$1,491.81

SA
$1,491.81

SM
$1,068.14

ST
$1,340.30

TA
$1,491.81

TC
$757.96

WP
$604.96

Restitution of $25,000.00, jointly and severally with co-defendant Chabaprai Boonluea (0:16-cr-00257-2), Chatarak Taufflieb (0:17-cr-00107-2), Gregory Allen Kimmy (0:17-cr-00107-6), John Ng (0:16-cr-00257-12), Kanyarat Chaiwirat (0:17-cr-00107-8), Matthew Mintz (0:17-cr-00107-17), Michael Morris (0:17-cr-00107-1), Mohit Tandon (0:17-cr-00107-18), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Pawinee Unpradit (0:17-cr-00107-4), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Richard Alexander (0:17-cr-00107-19), Saowapha Thinram (0:17-cr-00107-5), Soysuda Siangdang (0:16-cr-00257-7), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Thoucharin Ruttanamongkongul (0:17-cr-00107-16), Veerapon Ghettalae (0:17-cr-00107-15), Watcharin Luamseejun (0:16-cr-00257-4) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$567.58

CN
$2,015.53

CS
$1,339.07

JJ
$1,206.10

KI
$1,230.30

KP
$2,015.53

KT
$2,015.53

NK
$2,015.53

NS
$407.14

PB
$1,045.78

RK
$2,015.53

SA
$2,015.53

SM
$1,443.02

ST
$1,810.91

TA
$2,015.53

TC
$1,024.05

WP
$817.34

Restitution of $25,000.00, jointly and severally with co-defendant Chabaprai Boonluea (0:16-cr-00257-2), Chatarak Taufflieb (0:17-cr-00107-2), Gregory Allen Kimmy (0:17-cr-00107-6), Kanyarat Chaiwirat (0:17-cr-00107-8), Matthew Mintz (0:17-cr-00107-17), Michael Morris (0:17-cr-00107-1), Mohit Tandon (0:17-cr-00107-18), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Pawinee Unpradit (0:17-cr-00107-4), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Richard Alexander (0:17-cr-00107-19), Saowapha Thinram (0:17-cr-00107-5), Soysuda Siangdang (0:16-cr-00257-7), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Thoucharin Ruttanamongkongul (0:17-cr-00107-16), Veerapon Ghettalae (0:17-cr-00107-15), Watcharin Luamseejun (0:16-cr-00257-4) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$567.57

CN
$2,015.54

CS
$1,338.85

JJ
$1,206.09

KI
$1,230.29

KP
$2,015.54

KT
$2,015.61

NK
$2,015.54

NS
$407.14

PB
$1,045.78

RK
$2,015.54

SA
$2,015.54

SM
$1,443.12

ST
$1,810.92

TA
$2,015.54

TC
$1,024.05

WP
$817.34

0:17-cr-00107 Bhunna Win (11)  Restitution Payees List - 17

Restitution of $39,000.00, jointly and severally with co-defendant Andrew Flanigan (0:16-cr-00257-8), Chabaprai Boonluea (0:16-cr-00257-2), Chatarak Taufflieb (0:17-cr-00107-2), Gregory Allen Kimmy (0:17-cr-00107-6), John Ng (0:16-cr-00257-12), John Zbaracki (0:16-cr-00257-11), Kanyarat Chaiwirat (0:17-cr-00107-8), Matthew Mintz (0:17-cr-00107-17), Michael Morris (0:17-cr-00107-1), Mohit Tandon (0:17-cr-00107-18), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Natchanok Yuvasuta (0:17-cr-00107-12), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Panwad Khotpratoom (0:17-cr-00107-22), Pawinee Unpradit (0:17-cr-00107-4), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Richard Alexander (0:17-cr-00107-19), Saowapha Thinram (0:17-cr-00107-5), Soysuda Siangdang (0:16-cr-00257-7), Tanakron Patrath (0:17-cr-00107-21), Thi Vu (0:16-cr-00257-10), Thoucharin Ruttanamongkongul (0:17-cr-00107-16), Todd Vassey (0:16-cr-00257-9), Veerapon Ghettalae (0:17-cr-00107-15), Watcharin Luamseejun (0:16-cr-00257-4) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

AS
$885.41

CN
$3,144.23

CS
$2,088.77

JJ
$1,881.50

KI
$1,919.26

KP
$3,144.23

KT
$3,144.23

NK
$3,144.23

0:17-cr-00107 Bhunna Win (11)　　　　　　　　　　　　　　　　Restitution Payees List - 18

NS
$635.13

PB
$1,631.41

RK
$3,144.23

SA
$3,144.23

SM
$2,251.26

ST
$2,825.09

TA
$3,144.23

TC
$1,597.52

WP
$1,275.04

Restitution of $63,938.00, jointly and severally with co-defendant Kanyarat Chaiwirat (0:17-cr-00107-8), Michael Morris (0:17-cr-00107-1), Mulchulee Chalermsakulrat (0:17-cr-00107-10), Nattaya Leelarungrayab (0:17-cr-00107-13), Noppawan Lerslurchachai (0:16-cr-00257-3), Pantila Rodphokha (0:16-cr-00257-5), Peerachet Thipboonngam (0:17-cr-00107-3), Peerasak Guntetong (0:17-cr-00107-14), Pornthep Sukprasert (0:17-cr-00107-9), Tanakron Patrath (0:17-cr-00107-21), Veerapon Ghettalae (0:17-cr-00107-15) and Wilaiwan Phimkhalee (0:17-cr-00107-7), to:

0:17-cr-00107 Bhunna Win (11)　　　　　　　　　　　　　　　　Restitution Payees List - 19

AS
$1,451.59

CN
$5,154.77

CS
$3,424.42

JJ
$3,084.61

KI
$3,146.51

KP
$5,154.77

KT
$5,154.77

NK
$5,154.77

NS
$1,041.27

PB
$2,674.49

RK
$5,154.77

0:17-cr-00107 Bhunna Win (11)　　　　　　　　　　　　　　　　　　　　Restitution Payees List - 20

SA
$5,154.77

SM
$3,690.81

ST
$4,631.52

TA
$5,154.77

TC
$2,619.03

WP
$2,090.36